UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER FRANKE,
*Individually and on behalf of
others similarly situated,*

    Plaintiff,

-vs-                                          Case No. 12-11035
                                                   Hon. Victoria A. Roberts
                                                   Magistrate Judge: David R. Grand

DAVIS LAW GROUP PC, *et al*.,

    Defendants.
_____/

## **CONSENT ORDER**

       This matter comes before the Court upon the stipulation of the Parties under a settlement agreement resolving Christopher Franke's class claims against Advantage Direct365 Corp. Having reviewed the briefs, heard the argument of the parties and considered the relief requested, the Court enters this order.

1. Advantage Direct365 Corp. will adopt policies, procedures and practices to avoid impermissible uses of consumer reports which could result in violations of the Fair Credit Reporting Act, 15 U.S.C. 1681b.

2. Advantage Direct365 Corp. will only use consumer reports consistent with the requirements of 15 U.S.C. 1681b.

IT IS ORDERED.

                                                        S/Victoria A. Roberts
                                                        HON. VICTORIA ROBERTS
                                                        United States District Court Judge

Entered on January 14, 2014

Stipulated To By:

| | |
|---|---|
| s/ Julie A. Petrik | s/ by Consent   Ryan Perry |
| Julie A. Petrik P47131 | Ryan Perry (P-55545) |
| LYNGKLIP & ASSOCIATES CONSUMER LAW CENTER, PLC | GIARMARCO, MULLINS & HORTON, P.C. |
| Attorney For Christopher Franke | Attorney For Advantage Direct 365 Corp., |
| 24500 Northwestern Highway, Ste. 206 | Tenth Floor Columbia Center 101 West Big Beaver Road |
| Southfield, MI 48075 | Troy, MI  48084 |
| (248) 208-8864 | PHONE: (248) 457-7000 FAX: |
| Julie@MichiganConsumerLaw.Com | rperry@gmhlaw.com |

s/ by Consent Anthony Stites
Anthony Stites
BARRETT & MCNAGNY LLP
Attorney For Advantage Direct 365 Corp.,
215 East Berry Street
Fort Wayne, IN  46802
PHONE: (260) 423-9551 FAX: